UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ROLLO REGINALD PIERRE PRINCE,

                Plaintiff,

v.                                                                     Case No. 19-cv-761-pp

JASON C. GONZALEZ,

                Defendant.

---

**ORDER DISMISSING CASE**

---

Benjamin John Biese is a frequent filer in this district. In early 2019, Biese filed several cases, naming himself and Rollo Reginald Pierre Prince as plaintiffs: Case Nos. 19-cv-606, 19-cv-623, 19-cv-668, 19-cv-690, 19-cv-760 and 19-cv-761 (this case). Nine days after the court received the complaint in this case, it received from *Biese* a notice of voluntary dismissal, removing *himself* as a plaintiff and leaving only Prince. Dkt. No. 4. Biese used this same tactic in some of the other cases. But Prince—the only plaintiff left in this case—did not authorize Biese to file this suit for him, and doesn't want Biese filing any cases for him, ever. See Biese v. Baumann, Case No. 19-cv-606 at Dkt. Nos. 3, 11.

In a separate order, the court has dismissed the cases in which Biese remained as a plaintiff: Case Nos. 19-cv-606, 19-cv-690 and 19-cv-760. This case, along with Case Nos. 19-cv-623 and 19-cv-688, remains open with only Prince as the plaintiff. Given how Prince became involved in this lawsuit (and

1

the others) and his written statement and oral testimony that he does not want to pursue this lawsuit (or the others), the court will dismiss the complaint.

The court notes, however, that it hasn't reviewed the allegations in the complaint. It doesn't know whether Prince might want to file a lawsuit himself—legitimately—in the future. So out of an abundance of caution, the court will dismiss the case without prejudice.

The court **ORDERS** that this case is **DISMISSED** without prejudice. The court will enter judgment accordingly.

Dated in Milwaukee, Wisconsin, this 28th day of February, 2020.

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**